24 CV 0531

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CALVIN SETH LEHMANN<br><br>Plaintiff,<br><br>v.<br><br>ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Marie Cannon OCSE SCU, OFFICE OF COUNSEL, Kellie Poynton-Gallagher (Interstate instrumentality)<br><br>Respondents, | Index No. 24-47885<br>Purchased: 04/05/2024 |

**RE: Index No. 24-47885**

**REMOVAL TO FEDERAL DISTRICT COURT PURSUANT TO 28 USC § 1441 and 1446(a)**

Pursuant to 28 U.S.C 1441 Removal of civil actions, may be removed by the Plaintiff to this Federal District Court. Pursuant to 45 CFR 301.1, ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES and ERIE COUNTY OFFICE OF CHILD SUPPORT ENFORCEMENT, SUPPORT COLLECTION UNIT, hereafter OCSE SCU, is in the capacity as a "foreign reciprocating country" as part of the Hague Convention, which is a foreign international treaty. Federal Social Security Act defines: OCSE SCU; legal status of "interstate instrumentality" This removal to Federal District Court should be granted for the following reasons set forth below, in accordance with the law.

1) OCSE SCU, administrative enforcement(s) is a claim arising under the Uniform Interstate Family Support Act (UIFSA) which implemented the Hague Convention, an international treaty. As this court is aware, a treaty (Federal Law) preempts state law and this Federal Court has original jurisdiction pursuant to 28 U.S.C. 1331.

2) This court also has jurisdiction pursuant to 42 U.S.C 660.

3) 28 U.S Code § 1332 Diversity of Citizenship: John Calvin Seth Lehmann is an Article II, Section 1, Clause 5 natural born Citizen (National) of the United States of America, of one of the several states.

4) Pursuant to Article I, Section 8 of the United States Constitution, this court has original jurisdiction over "interstate instrumentalities", and the legal claims thereof.

5) This court has jurisdiction pursuant to Article 1, Section 10, Clause 3 of the United States Constitution over "interstate compacts". Interstate compacts are subject to federal law, not state law.

6) This court also has jurisdiction pursuant to the Clearfield doctrine. Clearfield Trust Co. v. United States, 318 U.S. 363 (1943). "held that federal negotiable instruments were governed by federal law, and thus, the federal court had the authority to fashion a common law rule". Erie Railroad Co. v. Tompkins "holding that because the U.S. government was exercising a constitutionally - permitted function in disbursing its own funds and paying its debts, the commercial paper it issues should be governed by federal law rather than state law".

Respectfully,

*John Calvin Seth Lehmann*

John Calvin Seth Lehmann

24 CV 0531

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CALVIN SETH LEHMANN<br><br>Plaintiff,<br><br>v.<br><br>ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Marie Cannon OCSE SCU, OFFICE OF COUNSEL, Kellie Poynton-Gallagher (Interstate instrumentality)<br><br>Respondents, | Index No. 24-47885<br>Purchased: 04/05/2024 |

**WRIT OF HABEUS CORPUS**

NOW COMES, John Calvin Seth Lehmann, a natural born Citizen of the United States of America, of the several states, pursuant to Article I, Section 9 of the United States Constitution, moves this court of record for an order to render all judgment, orders, rulings, and/or decisions in Index No. SF2010-903055 an undisclosed trust agreement, resulting in modification order to create IV-D case number BV15080G1 must be decided by a judge within the State of New York's 8th district of for lack of jurisdiction and/or authority. The State of New York has not denied to hear this Writ of Habeus Corpus in Erie County Family Court and Orleans County Supreme Court both subsidiaries of the 8th Judicial District of New York.

## PETITIONER IS A NATURAL BORN CITIZEN OF THE UNITED STATES OF AMERICA

1. The United States Constitution declares three types of citizens exist in this country. (1) A natural born Citizen (2) A person born in the United States and (3) A person naturalized in the United States. Both citizens mentioned in (2) and (3) are statutory creatures as provided for in the 14th Amendment of the United States Constitution.

2. The petitioner, is a natural born citizen of the United States of America, of the several states, as part of *Article II, Section 1, Clause 5,* of the United States Constitution. The privileges and immunities clause of Article IV Section 2 of the United States Constitution, was derived from the Articles of Confederation. Article IV, of the Articles of Confederation promised the petitioner, in part, that he is a free Citizen, one of the people of America.

3. <u>Corfield v. Coryell (6 Fed. Cas. 546, no. 3,230 C.C.E.D.Pa. 1823)</u> is a landmark decision decided by Justice Bushrod Washington. The perhaps most cited aspect of <u>*Corfield v. Coryell*</u> is Justice Washington's listing of the "privileges and immunities" enjoyed by citizens of the United States:, In part, *"The inquiry is, what are the privileges and immunities of citizens in the several states? We feel no hesitation in confining these expressions to those privileges and immunities which are, in their nature, fundamental; which belong, of right, to the citizens of all free governments; and which have, at all times, been enjoyed by the citizens of the several states which compose this Union, from the time of their becoming free, independent, and sovereign."*

4. The petitioner gave his allegiance to the United States of America and to the Republic for which it stands, one nation under God, indivisible, with liberty and justice for all. *In a republic. the people are sovereign see <u>Buckley v. Valeo, 424 US 1 - Supreme Court 1976</u>.* "Under our Constitution it is We The People who are sovereign see <u>United States v. Automobile Workers, 352 US 567 - Supreme Court 1957</u>.

### FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION

1. Then, the 14th amendment to the United States constitution was ratified in 1868. Some legal scholars and institutions say this was a "new grant of power", a "new constitution", that "stole" the rights and sovereignty of the people, and gave the federal government enormous power. However, the Fourteenth Amendment, was in "particular regard for corporations", as stated below:

   I. *"In an argument before the Supreme Court of the United States in 1882' Roscoe Conkling, a former member of the Joint Congressional Committee which in 1866 drafted the Fourteenth Amendment, produced for the first time the manuscript journal of the Committee, and by means of extensive quotations and pointed comment conveyed the impression that he and his colleagues in drafting the due process and equal protection clauses intentionally used the word <u>"person" in order to include corporations</u>. "At the time the Fourteenth Amendment was ratified," he declared, "individuals and joint stock companies were appealing for congressional and administrative protection against invidious and discriminating State and local taxes. One instance was that of an express company, whose stock was owned largely by citizens of the State of New York . . . " <u>The unmistakable inference was that the Joint Committee had taken cognizance of these appeals and had drafted its text with particular regard for corporations.</u>"*

**The 14th Amendment of the United States Constitution:**

2. All <u>persons</u> born or naturalized in the **United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside.** <u>**No**</u>

*state* shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

I. The petitioner is not "*subject*" to the jurisdiction of the United States or of this state. In order for this state to have jurisdiction over the petitioner, the state would have to prove that the petitioner is a person born or naturalized in the United States and subject to the jurisdiction thereof. The petitioner, is not a person born or naturalized in the United States, and therefore, is not a citizen of the United States or this "state". The 14th Amendment to the United States Constitution does not allow the defendants to exercise the "STATE OF NEW YORK" statutory authorities over the petitioner, and this court shall not hold valid the exercise of any state court jurisdiction over the petitioner.

II. The definition of "person" in this state's statutes, obviously does not include "natural born citizen", thus the petitioner is not subject to any statutes, codes, rules, programs, and regulations intended for

III. "Individual persons", etc. Most assuredly this state would not categorize a free citizen, as a "person" (corporation), as this would be a willful violation of many United States constitutional Amendments that place restrictions on the states.

## DIFFERENCE BETWEEN A CITIZEN OF THE UNITED STATES OF AMERICA, AND THE UNITED STATES

3. We must now turn to a very critical question. Is there a difference between the United States of America and the "United States"? The United States Supreme Court has answered the critical question, as follows. *"Two national governments exist, one to be maintained under the constitution, with all its restrictions. The other to be maintained by congress outside and independent of that instrument".*

4. <u>Dissenting opinion of Justice Marshall Harlan: Downes v. Bidwell, 182 U.S 244 (1901). Article 2. Section 1. Clause 5</u>, provides two types of citizens, (1) a natural born Citizen, and (2) a citizen of the "United States". A natural born citizen of the United States of America, and to the republic for which it stands, is a free Citizen, subject to the natural laws and the common laws derived therefrom.

5. The second form of national government, is maintained outside and independent of the constitution by congress, who has defined the "United States" status as follows:

   I. Congress has defined the "United States", in 28 U.S. Code 3002 (15) "United States means (A) *A federal Corporation*. Further, in <u>U.S V Perkins, 163 US 625 (1896)</u>, the supreme court asserted that the *"United States is a foreign Corporation"*. The <u>Uniform Commercial Code sec 9:307</u> asserts that the *"United States is located in the District of Columbia"*. Therefore, no "act" of congress, or the 14th Amendment of the United States Constitution which was intended for corporations, can exercise its jurisdiction and/or authority over the petitioner.

6. The "central government" is the United States of America, and congress "acts" as a unitary state, as a single entity. In fact, congress has "treated" the "United States" like a "state" in more than 500 Federal laws.

7. The constitution of the United States assigned to congress responsibility for organizing the executive and judicial branches, raising revenues, declaring war, and making all laws necessary for executing these powers. *see <u>Office of the Secretary of the Senate with the assistance of Johnny H. Killian of the library of congress - Senate Publication</u>*. But, nowhere in the United States constitution does it say that congress has jurisdiction or power over the People of the United States of America. Congress cannot "*convert*" the People of America, into statutorily created "artificial persons" in an attempt to steal the Republic form of government that I fought for, and promised to defend.

8. Thus, the 14th Amendment of the U.S Constitution, along with its jurisdictional clause, and the "Incorporation doctrine" is inapplicable, in regards to the petitioner.

9. In the <u>Slaughter-House Cases, 83 U.S. (16 Wall.) 36 (1873)</u>, the Court argued that the 14th Amendment textually distinguished between citizens of the United States and Citizens of the several states. The following paragraph is proof of such found in the <u>U.S v. Anthoney</u> case decided in (1873). This case supports that the petitioner is not a citizen of this state, and therefore is not subject to the jurisdiction, thereof.

10. The United States Supreme Court has recognized the difference between the different "citizenships" as explained above. *"The term resident and citizen of the United States is distinguished from a <u>C</u>itizen (national of the United States of America) of one of the <u>several states</u>, in that the former is a special class citizen created by congress"* <u>U.S v. Anthoney, 24 fed., 829 (1873)</u>. This "special class of citizen", created by congress, is classified as property and franchise of the federal government see <u>Wheeling Steel Corp.</u>

*v. Fox, 298 U.S. 193, 80 L. Ed., 1143, 56 S. Ct. 773 (1936)*. This begs the question, why was the "pledge of allegiance to the United States of <u>America</u>" taken out of the schools, and elsewhere? Why was God taken out of schools as well?

11. "Natural" as used in the term, "natural born Citizen", at the time the constitution was adopted, meant:

    I.  *"the opposite as provided by statute"*, see <u>Sir William Blackstone commentaries and English common Law</u>. In this, as in other respects, it must be interpreted in the light of the common law, the principles and history of which were familiarly known to the framers of the Constitution. In eighteenth century legal language "natural" meant arising from the nature of things —a usage reflected, for example, in natural law (as opposed to statutory law) and natural rights (as opposed to statutory rights). Under this common meaning of natural, "natural" citizenship should be distinct from— not coextensive with— statutory citizenship *See:* <u>Journal of Constitutional law by Michael D. Ramsey</u>.

12. Furthermore, "natural" was defined in JOHNSON, supra note 19, at 1349–50. Bailey's 1765 edition as both "[o]ne born in any place, an original inhabitant" and "conferred by birth also see ASH , supra note 19 (definitions of "Natural," "Naturalized" and "Native."). 43 *Ex parte Grossman, 267 U.S. 87, 108–09(1925)*; see also *Calder v. Bull, 3 U.S. (3 Dall.) 386, 390–91(1798)*.

13. A natural born Citizen of the United States of America, of the several states, is not a statutory creation. ***I am a creation of God, Jesus Christ***, naturally born in the United

States of America, and thus was promised that the Constitution thereof, would work as a restriction on the national and state governments power over the People of America. No act of Congress, state legislatures, or state court doctrines shall curtail those rights and restrictions, so promised See *all United States Supreme Court Case laws in relation to such.*

## DEFENDANTS FALSELY CLAIM TO HAVE JURISDICTION OVER PETITIONER

14. The petitioner, is not claiming to be a "natural born citizen" "with sovereignty, and fully understands that he is subject to the judgment of God, the true sovereign. He also understands that as a natural born Citizen of the United States of America, of the several states, that he is also subject to the "natural laws" of said country (United States of America).

15. The defendants however, claim that I am not a natural born Citizen of the United States of America and that I am a statutory creation subject to statutory regulations not known to the natural laws. The defendants also claim that I do not possess my God given and inalienable rights and that the United States of America Constitution does not work as a restriction on state and federal governments power over the People of America, so promised to the petitioner.

16. **10th Amendment to the United States of America Constitution:** *The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."*

I. *Congress,* nor the defendants have the constitutional authority to force the petitioner into their jurisdiction. Thus, the petitioner exercises his 10th Amendment right to not participate in any treaties and "programs" or be subject to any codes, rules, regulations, and statutes exercised under the jurisdiction of the United States or of this state.

17. The issues raised within this Writ Of Habeas Corpus, in regards to standing of the petitioner and the defendants lack of jurisdiction, has already been decided by the United States Supreme Court which have been cited within this writ. The United States Constitution prohibits the STATE OF NEW YORK from exercising 14th Amendment jurisdiction over the petitioner. Therefore, a neutral and detached Judge of a lawful court of record must make the defendants bring forth evidence that prove their alleged jurisdiction and/or authority as follows:

(1)    Defendants must prove that I am a person born or naturalized in the United States, which therefore would be "subject" to the jurisdiction of the United States and of this state.

(2)    **Defendants must prove that I am** not a natural born Citizen of the United States of America, and that the United States of America constitutional restrictions on their power and authority in Article I Section 10 Of the United States Constitution allows defendants to implement a treaty as part of the Title IV Part D of the Federal Social Security Act.

(3)    Defendants must prove that the defendants had jurisdiction to exercise codes, rules, statutes, and regulations over the petitioner which are not known to the natural laws of the United States of America.

(4)    Defendants must prove that the petitioner cannot exercise the 10th Amendment to the United States Constitution as stated herein.

## CONCLUSION

1. When the defendants fail to provide proof of jurisdiction and/or authority, this court shall render all orders, judgments, rulings and decisions void for lack of jurisdiction and/or authority in IV-D case number BV15080G1. A court of record proceeding according to the natural law must first determine if the defendants have jurisdiction before the petitioner can assert any constitutional claims.

24035895-3

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Missouri, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, Antony J. Blinken, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this ninth day of May, 2024.

*Issued pursuant to CHXIV, State of Sept. 15. 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State



# STATE OF MISSOURI
## Office of
## Secretary of State

I, **JOHN R. ASHCROFT**, Secretary of State of the State of Missouri, and Keeper of the Great Seal thereof, hereby certify that **Dylan R. Bryant,** whose name is affixed to the annexed certificate was on **the 22nd day of March 2024, State Registrar & Chief of Vital Records.** For the Department of Health & Senior Services. Within and for the State of Missouri duly commissioned and qualified according to law, and duly authorized according to the laws of said State to grant said Certificate, and that full faith and credit are due his official acts.



IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 22nd day of April, 2024.

*Secretary of State*

Comm. 15A (01/2017)

**STATE OF MISSOURI**

DEPARTMENT OF SOCIAL SERVICES - MISSOURI DIVISION OF HEALTH
CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER: 124 77 010915

FILED: MAY 10 1977

Registration District No. 290   Primary Registration District No. 5983   Registrar's No. 251

VS 100 Rev. 11/72

**CHILD**
- Name: JOHN CALVIN SETH LEHMANN
- Date of Birth: April 30, 1977
- Hour: 6:46 P.M.
- Sex: Male
- This Birth: Single
- County of Birth: Pulaski
- City, Town, or Location of Birth: Fort Leonard Wood
- Inside City Limits: Yes
- Hospital Name: U.S. General Leonard Wood Army Hospital

**MOTHER**
- Maiden Name: Judithann Frances Atherton
- Age at Time of This Birth: 31
- State of Birth: New York
- Residence—State: Missouri
- County: Pulaski
- City, Town, or Location: Ft Leonard Wood
- Inside City Limits: Yes
- Township: Cullen
- Street and Number: 54 Cable

**FATHER**
- Name: James Richard Seth Lehmann
- Age at Time of This Birth: 33
- State of Birth: New York

**INFORMANT**
- Mrs. James R. S. Lehmann
- Relation to Child: Mother

**CERTIFIER**
- Signature: [signed] George Miller - D
- Date Signed: 5/3/77
- Attendant: M.D.
- Certifier—Name: GEORGE MILLER MAJ MC
- Mailing Address: USGLWAH, Ft Leonard Wood, Mo

**REGISTRAR**
- Signature: [signed] Rose Rasl
- Date Received by Local Registrar: 5-9-77

---

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT
(Do not accept if reproduced or if seal impression cannot be felt.)

STATE OF MISSOURI } ss
CITY OF JEFFERSON

I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health and Senior Services. Witness my hand as State Registrar of Vital Records and the Seal of the Missouri Department of Health and Senior Services this date of MAR 22 2024.

Dylan R. Bryant, State Registrar & Chief

MO 580-1241 (9-2022)   VS-804

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

I, John-Calvin-Seth Lehmann am of the age of majority and over the age of 18 years of age, claiming appointment as the account administrator of accounts and derivatives of names, known as these d/b/a's JOHN C LEHMANN, JOHN LEHMANN, JOHN S LEHMANN, JOHN CS LEHMANN, JOHN C S LEHMANN being duly sworn, hereby declare. I was born within the boundaries of the union state of Missouri on April 26th on the year of nineteen-hundred-seventy-seven as a day of my Lord Jesus Christ, claiming to be a natural born Citizen of the [u]nited states of America, henceforth, I'm a state National known as a Missourian, this is birthright demonym evidences, inhabitation free chapel, freedom, sovereignty. I retain all my constitutional rights as a natural born Citizen of the several states of this union of several states, securing the "Blessings of Liberty" without prejudice from of the land of [u]nited states of America. Claiming full protection of my rights as an American protegee bestowed upon me from my pledged allegiance to these [u]nited states of America. All aforementioned names are hereby entrusted under a covenantal trust and are hereby, Common Law Copyright's apply. State file No. one-hundred-twenty-four_seventy-seven_zero-one-zero-nine-one-five, filed on May 19th, 1977, is Reconveyed, Gifted & Liened under covenantal trust. I, John Calvin Seth Lehmann have full power to contract, establish commerce as guaranteed by the full 10 Amendments to the Bill of Rights to the Constitution of the [u]nited States of America, a Republic. Evidence of my claims are that on public record as of publication of this declaration. Blessings of Liberty are only survived by those who can keep it.

Published in Chillicothe Constitution-Tribune May 3, 10, 2024

2244436

NOTICE OF MISSOURIAN NATIONALITY - Page 2 of 2

24 CV 0531

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CALVIN SETH LEHMANN<br><br>Plaintiff,<br><br>v.<br><br>ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Marie Cannon OCSE SCU, OFFICE OF COUNSEL, Kellie Poynton-Gallagher<br>(Interstate instrumentality)<br><br>Respondents. | Index No. 24-47885<br>Purchased: 04/05/2024 |

**Process of Service:**

**ATTN: Marie Cannon, Kellie Poynton-Gallagher o/b/o**

**95 Franklin St. 2nd Floor room 230, Buffalo, NY 14202**

**USPS PS Form 3811 No. 7022 2410 0001 1086 3388**

**Article:**

1. Federal Cover Sheet 1pg
2. Notice of Federal Removal 2 pgs
3. Writ of Habeus Corpus 10 pgs
4. Process of Service 1 pg
   14 Pages Total

Respectfully,

*John Calvin Seth Lehmann*

John Calvin Seth Lehmann

# CIVIL COVER SHEET

JS 44 (Rev. 12/07)

**24 CV 0531**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
John Calvin Seth Lehmann

**DEFENDANTS**
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Marie Cannon
OCSE SCU, OFFICE OF COUNSEL, Kellie Poyton-Gallagher

(b) County of Residence of First Listed Plaintiff: Orleans County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Erie County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 465 Other Immigration Actions |  |  |

**PERSONAL INJURY (continued):**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY:**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**PRISONER PETITIONS:**
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☒ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1441, 28 U.S.C. 1446(a)

Brief description of cause:
8th Judical District will not give access to the courts: Due Process, Equal Protection

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Hon. Frank Caruso    DOCKET NUMBER 24-47885

DATE: 5/3/2024

SIGNATURE OF ATTORNEY OF RECORD: /s/ John Calvin Seth Lehmann; propria persona, sui juris

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____